RECEIVED
DEC - 6 2010
TONY R. MOORE, CLERK
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **TERRY LYNN WEBSTER**<br>LA. DOC # 461125<br>VS. | **CIVIL ACTION NO. 3:10-cv-0838**<br><br>**SECTION P**<br><br>**JUDGE DONALD E. WALTER** |
| **ASST. WARDEN McCULLOUGH,**<br>**ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this ____6____ day of ____December____, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE